**In the Interest of T.D.G. and R.J.G., Jr., Respondent,**

v.

**R.G. (Mother) and R.G., Sr. (Father), Appellants.**

**No. WD 58996.**

Missouri Court of Appeals,
Western District.

May 7, 2001.

Mary O'Malley, Kansas City, MO, for Respondent.

Jennifer Abera, Kansas City, MO, Co–Counsel for Respondent.

Sandra Wirtel, Kansas City, MO, for Appellant, R.G.

Katherine Rodgers, Kansas City, MO, for Respondent, T.D.G.

Before LOWENSTEIN, P.J. and ULRICH, J. and KENNEDY, S.J.

**ORDER**

PER CURIAM.

Appellant, the father of two children, appeals the termination of his parental rights. Court found sufficient evidence existed under § 211.447.4(3), RSMo.2000, for termination, and that juvenile court made sufficient findings under § 211.447.6 that

termination was in the children's best interests. Affirmed. Rule 84.16(b).